IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| BRANDON GULLATTE | § | |
| VS. | § | CIVIL ACTION NO. 9:17-CV-18 |
| WARDEN WHEAT, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
<u>JUDGE'S REPORT AND RECOMMENDATION</u>

Plaintiff Brandon Gullatte, a prisoner confined at the Connally Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Kevin R. Wheat, Keely Snyder, Juan Torres, Felton Griffin, Jr., and James Davis.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends granting the motion for summary judgment filed by defendant Davis.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report and recommendation of the Magistrate Judge (document no. 28) is **ADOPTED**. The

motion for summary judgment (document no. 18) is **GRANTED**. A partial judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

**So Ordered and Signed**
**Feb 4, 2018**

_____
Ron Clark, United States District Judge