IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| BRANDON GULLATTE | § | |
| VS. | § | CIVIL ACTION NO. 9:17-CV-18 |
| JUAN TORRES | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Brandon Gullatte, a prisoner currently confined at the Allred Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Juan Torres.

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends granting the plaintiff's motion for default judgment against defendant Juan Torres with respect to liability and conducting a hearing regarding damages.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report and recommendation of the Magistrate Judge (document no. 68) is **ADOPTED**. The

motion for default judgment (document no. 65) is **GRANTED** with respect to the issue of liability.

An evidentiary hearing will be held to consider the issue of damages.

So **ORDERED** and **SIGNED** **December 23, 2019.**

_____
Ron Clark, Senior District Judge